DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendant and 3rd Party Complainant
KENNETH WELCH, individually and d.b.a.
KENNY'S ROD SHOP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH WELCH, individually and dba KENNY'S ROD SHOP and KENNY WELCH'S ROD SHOP; KENNY'S ROD SHOP, LLC, also known and doing business as KENNY'S ROD SHOP - FABRICATION DIVISION and KENNY'S ROD SHOP - PARTS <br><br> Defendants. | CASE NO. 4:11-CV-00387 DMR <br><br> ORDER DISMISSING 3RD PARTY COMPLAINT AGAINST DENNIS TAYLOR'S RESTORATIONS AND PRODUCTIONS, INC., DENNIS TAYLOR and DENNIS TAYLOR REPRODUCTIONS |

Based on the stipulation between third party complainant KENNY WELCH and third party defendants DENNIS TAYLOR'S RESTORATIONS AND PRODUCTIONS, INC., DENNIS TAYLOR and DENNIS TAYLOR REPRODUCTIONS and good cause appearing, it is hereby ordered that the third party complaint filed by KENNY WELCH is dismissed against third party defendants DENNIS TAYLOR'S RESTORATIONS AND PRODUCTIONS, INC., DENNIS TAYLOR and DENNIS TAYLOR REPRODUCTIONS only. Per the stipulation of the aforementioned parties, each party bears its own attorneys fees and costs.

ORDER RE: DISMISSAL OF TAYLOR DEFENDANTS     - 1 -                    4:11-CV-00387

1  DATE:  4/4/11

2

3  ~~MAG~~ _____ YU
   UNITE
4  NORTH                              NI

*IT IS SO ORDERED*

*[signature]*

*Judge Phyllis J. Hamilton*