DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendant and 3rd Party Complainant
KENNETH WELCH, individually and d.b.a.
KENNY'S ROD SHOP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH WELCH, individually and dba KENNY'S ROD SHOP and KENNY WELCH'S ROD SHOP; KENNY'S ROD SHOP, LLC, also known and doing business as KENNY'S ROD SHOP - FABRICATION DIVISION and KENNY'S ROD SHOP - PARTS<br><br>Defendants. | CASE NO. 4:11-CV-00387 DMR<br><br>ORDER DISMISSING 3RD PARTY COMPLAINT AGAINST CARQUEST TECHNOLOGIES, INC. |

Based on the stipulation between third party complainant KENNY WELCH and third party defendant CARQUEST TECHNOLOGIES, INC. and good cause appearing, it is hereby ordered that the third party complaint filed by KENNY WELCH is dismissed without prejudice against third party defendant CARQUEST TECHNOLOGIES, INC. only. Per the stipulation of the aforementioned parties, each party bears its own attorneys fees and costs.

DATE: 4/4/11

MAGISTR … M. RYU
UNI … OURT
NOR … IFORNIA

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA