DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendant
KENNETH WELCH, individually and d.b.a.
KENNY'S ROD SHOP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH WELCH, individually and dba KENNY'S ROD SHOP and KENNY WELCH'S ROD SHOP; KENNY'S ROD SHOP, LLC, also known and doing business as KENNY'S ROD SHOP - FABRICATION DIVISION and KENNY'S ROD SHOP - PARTS<br><br>    Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINT | CASE NO. 4:11-CV-00387 PJH<br><br>REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE<br> AND ORDER |

Plaintiff State Farm General Insurance Company and defendant/third party complainant Kenneth Welch hereby request that the court reschedule the Case Management Conference set for May 12, 2011 at 2:00 p.m. for the following reasons:

1. Attorneys for Third Party Complainant Kenneth Welch recently completed service on Third Party Defendant CarQuest Products, Inc. The attorney for CarQuest Products, Inc. has advised Welch's counsel that CarQuest Products,

Req. To Reschedule Initial Case Management Cof.    - 1 -    4:11-CV-00387 PJH

1  Inc. no longer exists and that the new company (and proper party) is called CPI Global Sourcing, Inc. As a result, defendant/third party complainant Welch will have to amend the third party complaint to include CPI Global Sourcing, Inc. and have it served.

2.  The attorney for CPI Global Sourcing, Inc. has advised attorneys for defendant/third party complainant Welch that in addition to answering the third party complaint, CPI Global Sourcing, Inc. will be filing a third party complaint against Pioneer, Inc. Pioneer, Inc. is a supplier of a component part that is alleged to have been defectively manufactured or designed and that the defect caused the incident in question. As such, Pioneer, Inc. will have to be served with a complaint. It is unknown if Pioneer, Inc. will file a third party complaint.

3.  Because all necessary parties are not before the court, it is requested that the initial conference on this matter be continued. A 60 day continuance is requested.  Case Management Conference continued to July 14, 2011 at 2:00 p.m.

DATED: May 6, 2011              DIEPENBROCK & COTTER, LLP

                                */s/ John P. Cotter*
                                By:_____
                                JOHN P. COTTER
                                Attorneys for Defendant
                                KENNETH WELCH, individually and
                                d.b.a. KENNY'S ROD SHOP

DATED: May 6, 2011              LAW OFFICES OF TERRENCE A. BEARD

                                */s/ Terrence A. Beard*
                                By:_____
                                TERRENCE A. BEARD
          5/9/11                Attorneys for Plaintiff
                                STATE FARM GENERAL INSURANCE
                                COMPANY

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]