1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  1545 River Park Drive, Suite 201
   Sacramento, California 95815
3  Telephone: (916) 565-6222
   Telecopier: (916) 565-6220
4
   Attorneys for Defendant
5  KENNETH WELCH, individually and d.b.a.
   KENNY'S ROD SHOP
6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  STATE FARM GENERAL INSURANCE COMPANY, | ) CASE NO. 4:11-CV-00387 PJH ) |
| 11                    Plaintiff, | ) REQUEST TO RESCHEDULE ) INITIAL CASE MANAGEMENT |
| 12  vs. | ) CONFERENCE AND ORDER ) |
| 13  KENNETH WELCH, individually and dba | ) ) |
| 14  KENNY'S ROD SHOP and KENNY WELCH'S ROD SHOP; KENNY'S ROD | ) ) |
| 15  SHOP, LLC, also known and doing business as KENNY'S ROD SHOP - | ) ) |
| 16  FABRICATION DIVISION and KENNY'S ROD SHOP - PARTS | ) ) |
| 17                    Defendants. | ) ) |
| 18  _____ | ) ) |
| 19  AND RELATED THIRD PARTY COMPLAINT | ) ) |
| 20  _____ | ) |

21       Plaintiff State Farm General Insurance Company and defendant/third party

22  complainant Kenneth Welch hereby request that the court reschedule the Case Management

23  Conference set for July 14, 2011 at 2:00 p.m. for the following reasons:

24       1.   Attorneys for Third Party Complainant Kenneth Welch recently completed

25            service on the Amended Third Party Complaint on CPI Global Sourcing, Inc.,

26            a new party to the action. Service was acknowledged by CPI Global

Req. To Reschedule Initial Case Management Cof.        - 1 -              4:11-CV-00387 PJH

1  Sourcing, Inc. on June 30, 2011.  The parties are advised that CPI Global

2  Sourcing, Inc. will have a responsive pleading and its own Third Party

3  Complaint on file by July 19, 2011.

4      2.  At this time, Pioneer, Inc., a new party to the action (via the Amended Third

5  Party Complaint filed by Kenneth Welch) has not been served.

6      3.  Because all necessary parties are not before the court, it is requested that the

7  initial conference on this matter be continued.  A 60 day continuance is

8  requested.

DATED: July 7, 2011                    DIEPENBROCK & COTTER, LLP

                                   */s/ John P. Cotter*
By:_____
    JOHN P. COTTER
    Attorneys for Defendant
    KENNETH WELCH, individually and
    d.b.a. KENNY'S ROD SHOP

DATED: July 7, 2011                    LAW OFFICES OF TERRENCE A. BEARD

                                   */s/ Terrence A. Beard*
By:_____
    TERRENCE A. BEARD
    Attorneys for Plaintiff
    STATE FARM GENERAL INSURANCE COMPANY



IT IS SO ORDERED
Judge Phyllis J. Hamilton

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO SEPTEMBER 15, 2011 AT 2:00 P.M.  A JOINT CASE MANAGEMENT CONFERENCE STATEMENT SHALL BE FILED BY SEPTEMBER 8, 2011.