**LAW OFFICES OF GEORDAN GOEBEL**
**GEORDAN GOEBEL** [SBN# 149513]
**YAN GERSHFELD** [SBN# 251375]
**W. JUSTIN CLARK** [SBN# 268827]
155 Granada Street, #M2
Camarillo, CA 93010-7725
Phone (805) 482-7966

**LAW OFFICES OF TERRENCE A. BEARD**
**TERRENCE A. BEARD** [SBN# 98013]
525 Marina Blvd.
Pittsburg, CA 94565
Phone (925) 778-1060

Attorney for Plaintiff,
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH WELCH, individually and dba KENNY'S ROD SHOP and KENNY WELCH'S ROD SHOP; KENNY'S ROD SHOP, LLC, also known and doing business as KENNY'S ROD SHOP - FABRICATION DIVISION and KENNY'S ROD SHOP - PARTS, and DOES 1 to 50, inclusive,<br><br>Defendants.<br>_____/<br><br>AND RELATED THIRD PARTY COMPLAINT<br>_____/ | No: 4:11-CV-00387 PJH<br><br>**REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

1
**REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**
**State Farm vs. Kenny's Rod Shop, et al.**
**No.: 4:11-CV-00387 PJH**

Plaintiff State Farm General Insurance Company, defendant/third party complainant Kenneth Welch, and third party defendant/cross-complainant CPI Global Sourcing, Inc. hereby request that the court reschedule the Case Management Conference in the above-entitled action, currently set for September 15, 2011 at 2:00 P.M. for the following reasons:

1). Plaintiff's counsel has a scheduling conflict which just arose in another case on September 15, 2011 that requires his appearance in a matter pending in Los Angeles County Superior Court entitled *Progressive Insurance Company vs. Norcold, Inc., et al.*, LASC No. BC 397219.

2). Pioneer, Inc., a new party to the action (via the Amended Third Party Complaint filed by Kenneth Welch) has not yet filed an appearance in this action;

3). Third party defendant CPI Global Sourcing Inc. has filed a counterclaim against Kenny's Rod Shop, Dennis Taylor individually and dba Dennis Taylor Restorations and Reproductions, Pioneer, Inc and Pioneer Automotive Industries, LLC.  None of these counter-defendants have made an appearance in this action, with the exception of Kenny's Rod Shop,

4). Because all of the parties are not yet before the court, and due to the scheduling conflict regarding plaintiff's counsel, the parties request tha the initial conference in this matter be continued to October 6, 2011.

DATED:   9/1/11                                    LAW OFFICES OF TERRENCE A. BEARD

/s/ TERRENCE A. BEARD

By:_____

TERRENCE A. BEARD
Attorneys for Plaintiff STATE FARM

GENERAL INSURANCE COMPANY

DATED: DIEPENBROCK & COTTER, LLP

/s/ JOHN P. COTTER

By:_____
JOHN P. COTTER
Attorneys for Defendant KENNETH WELCH, individually and dba KENNY'S HOT ROD SHOP

DATED: DONAHUE BATES BLAKEMORE & MACKEY

/s/ WILLIAM K. BLAKEMORE

By:_____
WILLIAM K. BLAKEMORE
Attorneys for Third-Party Defendant and Cross-Complainant CPI GLOBAL SOURCING, INC.

9/9/11

FINAL CONTINUANCE.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

3
**REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**
State Farm vs. Kenny's Rod Shop, et al.
No.: 4:11-CV-00387 PJH