1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  JOSHUA W. ROSE, State Bar No. 191024
   1545 River Park Drive, Suite 201
3  Sacramento, California 95815
   Telephone: (916) 565-6222
4  Telecopier: (916) 565-6220

5  Attorneys for Defendant and Third Party Complainant
   KENNETH WELCH, individually and d.b.a.
6  KENNY'S ROD SHOP

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 STATE FARM GENERAL INSURANCE      )   CASE NO.  4:11-CV-00387 PJH
   COMPANY,                          )
12                                   )   ORDER DISMISSING THIRD
                  Plaintiff,         )   PARTY COMPLAINT AGAINST
13                                   )   PIONEER, INC. AUTOMOTIVE
   vs.                               )   PRODUCTS (sued erroneously
14                                   )   herein as PIONEER, INC. and
   KENNETH WELCH, individually and dba )  PIONEER AUTOMOTIVE
15 KENNY'S ROD SHOP and KENNY        )   INDUSTRIES, LLC)
   WELCH'S ROD SHOP; KENNY'S ROD     )
16 SHOP, LLC, also known and doing business )
   as KENNY'S ROD SHOP -             )
17 FABRICATION DIVISION and KENNY'S  )
   ROD SHOP - PARTS                  )
18                                   )
                  Defendants.        )
19 _____    )

20      Based on the stipulation between third party complainant KENNETH WELCH and

21 third party defendant PIONEER, INC. AUTOMOTIVE PRODUCTS (sued erroneously

22 herein as PIONEER, INC. and PIONEER AUTOMOTIVE INDUSTRIES, LLC) and good

23 cause appearing, it is hereby ordered that the third party complaint filed by KENNETH

24 WELCH is dismissed without prejudice against third party defendant PIONEER, INC.

25 AUTOMOTIVE PRODUCTS (sued erroneously herein as PIONEER, INC. and PIONEER

26

ORDER RE: DISMISSAL OF
PIONEER, INC. AUTOMOTIVE PRODUCTS        - 1 -                    4:11-CV-00387

1  AUTOMOTIVE INDUSTRIES, LLC) only.  Per the stipulation of the aforementioned

2  parties, each party bears its own attorneys fees and costs.

4  DATE: 12/7/11



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA