DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
JOSHUA W. ROSE, State Bar No. 191024
1545 River Park Drive, Suite 201
Sacramento, CA 95815
Telephone:  (916) 565-6222
Facsimile:  (916) 565-6220

Attorneys for Defendant and Third Party Complainant
KENNETH WELCH, individually and d.b.a. KENNY'S ROD SHOP

UNITED STATES DISTRIC COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH WELCH, individually and d.b.a. KENNY'S ROD SHOP and KENNY WELCH'S ROD SHOP; KENNY'S ROD SHOP, LLC, also known and doing business as KENNY'S ROD SHOP - FABRICATION DIVISION and KENNY'S ROD SHOP – PARTS<br><br>　　　　Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINT | Case No.: 4:11-CV-00387 PJH<br><br>[~~PROPOSED~~] ORDER PERMITTING THE FILING OF SECOND AMENDED THIRD PARTY COMPLAINT |

　　　Based on the stipulation of the parties and good cause appearing, it is hereby ordered that defendant and third party complainant Kenneth Welch may file the proposed Second Amended Third Party Complaint.

Dated:  1/9/12

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-1-

ORDER re:  Second Amended Third Party Complaint                              4:11-CV-00387 PJH